# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBIN L. HAYNES,<br><br>    Plaintiff,<br><br>vs.<br><br>BLUE VALLEY COMMUNITY ACTION, INC.,<br><br>    Defendant. | 8:20CV434<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **May 10, 2021**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 8th day of April, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge