IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBIN L. HAYNES, | ) | Case No. 8:20CV434 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATED MOTION TO** |
| | ) | **DISMISS WITH PREJUDICE** |
| BLUE VALLEY COMMUNITY ACTION, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the parties, by and through their counsel of record, and move this court for an Order to dismiss the above captioned action with prejudice as this case has been resolved since the filing of the Complaint.

Dated: May 25, 2021.

ROBIN L. HAYNES, Plaintiff                    BLUE VALLEY COMMUNITY
                                                                  ACTION, INC., Defendant

BY:   s/ Jennifer Turco Meyer              BY:   s/ Brian Moore
        Jennifer Turco Meyer, #23760               Brian Moore, #25801
        Of Dyer Law, P.C., LLO                         BAIRD HOLM LLP
        2611 S. 117th Street                               1700 Farnam Street, Suite 1500
        Omaha, Nebraska 68144                        Omaha, NE 68102
        (402) 393-7529                                       P: (402) 344-0500
        (402) 391-2289 facsimile                        F: (402) 344-0588
        Jennifer@dyerlaw.com                           bmoore@bairdholm.com
        Attorney for Plaintiff                              Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian D. Moore                    bmoore@bairdholm.com

s/ Jennifer Turco Meyer