IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBIN L. HAYNES,<br><br>                Plaintiff,<br><br>vs.<br><br>BLUE VALLEY COMMUNITY ACTION, INC.,<br><br>                Defendant. | 8:20-CV-434<br><br>**JUDGMENT** |

      This matter is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice. Filing 18. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

      Dated this 26th day of May, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge